UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORENZO RICHARDSON,

    Plaintiff,

v.

    No. 5:11-CV-202-H

CORINDA GREENE,

    Defendant.

JUDGMENT

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** this case is DISMISSED for lack of subject matter jurisdiction. The plaintiff shall have and recover nothing of the defendant and this case is closed.

<u>This Judgment Filed and Entered on July 6, 2011, with service on:</u>

Lorenzo Richardson, Pro Se

3108 Fields Drive

Raleigh, NC 27603

| | |
|---|---|
| <u>July 6, 2011</u> | DENNIS P. IAVARONE, CLERK |
| | /s/ Lisa W. Lee |
| | (By): Lisa W. Lee, Deputy Clerk |