IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-202-H

| | | |
|---|---|---|
| LORENZO RICHARDSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CORINDA GREENE, | ) | |
| Defendant. | ) | |

Before the court are plaintiff's motion for a temporary stay and writ of supersedes. Finding no merit to either motion, both motions [DE #11 and #12] are DENIED.

This 4th day of October 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26